

**ORDERED in the Southern District of Florida on July 16, 2019.**

*Robert A. Mark, Judge*
*United States Bankruptcy Court*

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No.: 18-19578-RAM |
| Janet C. Andrade, | Chapter 13 |
| Debtor. | |
| _____/ | |

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN OF BANK OF AMERICA ON PERSONAL PROPERTY**

**THIS CASE** is set to be heard on July 11, 2019 on the *Debtors' Motion to Value and Determine Secured Status of Lien of Bank of America on Personal Property* (DE#99; the "Motion"). Based upon the agreement of the Parties, the Court **FINDS** as follows:

A. The value of the debtors' personal property (the "Personal Property") more particularly described as follows *(Select only one)*:

✓ Motor vehicle described as follows:

Year and Model of motor vehicle: 2016 Land Rover
Vehicle Identification Number (VIN #): SALWV2EF9GA567101
Odometer reading: 6,912.00

is valued at $66,600.00, at the time of the filing of the case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $66,600.00.

3. (Select only one):

   ___ Lender has not filed a proof of claim in this case. The Trustee shall not disburse any payments to Lender unless a proof of claim is timely filed.  In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of sch secured claim, regardless of the original classification I the proof of claim as filed.  Lender's secured claim shall be paid through the plan at 0.00% for a total of $0.00.

   or

   ✓ Lender filed a proof of claim in this case (Claim No.:9).  It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $20,815.55, regardless of the original classification in the proof of claim as filed.  Lender's secured claim shall be paid through the plan at 7.5% for a total of $80,071.64.

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court during the pendency of the bankruptcy.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

    6.  Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

# # #

Submitted By:

Freire & Gonzalez, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[ ] Laila S. Gonzalez, Esq. FBN: 0975291
[✓] Gianny Blanco, Esq., FBN: 0078080
10691 N. Kendall Dr., Suite 207
Miami,  FL 33176
Tel. (305) 826-1774
Fax (305) 826-1794
Email: courtdoc@fgbkc.com