**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ■ | Ninth _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ | _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Janet Caridad Andrade_____    JOINT DEBTOR: _____    CASE NO.: 18-19578-RAM_____

SS#: xxx-xx- 5997_____    SS#: xxx-xx-_____

**I.    NOTICES**

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:    Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:    The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ■ Included | ☐ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

**II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

**A.    MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.    $1,126.62_____    for months _1_ to _5_ ;

2.    $6,591.00_____    for months _6_ to _6_ ;

3.    $6,840.20_____    for months _7_ to _10_ ;

4.    $8,660.56_____    for months _11_ to _59_ ;

5.    $35,484.40_____    for months _60_ to _60_ ;

**B.    DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $1661.81 | Total Paid: | $946.00 | Balance Due: | $715.81 |
|---|---|---|---|---|---|

Payable    $143.16_____ /month (Months _1_ to _5_ )

Allowed fees under LR 2016-l(B)(2) are itemized below:
Fees paid to Prior Counsel, Patrick L. Cordero.

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

| Total Fees: | $4425.00 | Total Paid: | $2275.00 | Balance Due: | $2150.00 |
|---|---|---|---|---|---|

Payable    $1,075.00_____ /month (Months _6_ to _7_ )

Allowed fees under LR 2016-l(B)(2) are itemized below:
An Application for Compensation will be filed for all fees listed above.

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

**III.    TREATMENT OF SECURED CLAIMS**

Debtor(s): Janet Caridad Andrade        Case number: 18-19578-RAM

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

---

**1.  Creditor:** U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2015-1 c/o Nationstar Mortgage, LLC.

| | | | | | |
|---|---|---|---|---|---|
| Address: P.O. Box 619096 Dallas, TX 75261 | Arrearage/ Payoff on Petition Date | 86,081.57 | | | |
| | Arrears Payment (Cure) | $102.48 | /month (Months | 1 | to 5 ) |
| | Arrears Payment (Cure) | $519.89 | /month (Months | 6 | to 7 ) |
| Last 4 Digits of Account No.:        8250 | Arrears Payment (Cure) | $1,594.89 | /month (Months | 8 | to 60 ) |
| | Regular Payment (Maintain) | $718.84 | /month (Months | 1 | to 5 ) |
| | Regular Payment (Maintain) | $3,994.71 | /month (Months | 6 | to 60 ) |

Other: _____

☑ Real Property    Check one below for Real Property:
   ☑ Principal Residence    ☑ Escrow is included in the regular payments
   ☐ Other Real Property    ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
14321 SW 129th Ct.
Miami, FL 33186

☐ Personal Property/Vehicle

Description of Collateral:

---

**2.  Creditor:** Venezia Lakes Homeowners Association, Inc., c/o Kopelowitz Ostrow, P.A.,

| | | | | | |
|---|---|---|---|---|---|
| Address: 200 E. Palmetto Park Rd., Suite 103 Boca Raton, FL 33432 | Arrearage/ Payoff on Petition Date | $17,268.97 | | | |
| | Arrears Payment (Cure) | $3.68 | /month (Months | 1 | to 5 ) |
| | Arrears Payment (Cure) | $313.64 | /month (Months | 6 | to 60 ) |
| Last 4 Digits of Account No.:        0077 | Regular Payment (Maintain) | $36.85 | /month (Months | 1 | to 5 ) |
| | Regular Payment (Maintain) | $186.47 | /month (Months | 6 | to 60 ) |

Other: _____

☑ Real Property    Check one below for Real Property:
   ☑ Principal Residence    ☑ Escrow is included in the regular payments
   ☐ Other Real Property    ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
14321 SW 129th Ct.
Miami, FL 33186

☐ Personal Property/Vehicle

Description of Collateral:

---

**3.  Creditor:** Lake Clubhouse, Incorporated

| | | | | | |
|---|---|---|---|---|---|
| Address: c/o Jurado Law Group, P.A. 6401 NW 74th Ave. Miami, FL 33166 | Arrearage/ Payoff on Petition Date | $1,526.52 | | | |
| | Arrears Payment (Cure) | $0.55 | /month (Months | 1 | to 5 ) |
| | Arrears Payment (Cure) | $27.70 | /month (Months | 6 | to 60 ) |
| Last 4 Digits of Account No.:        129 | Regular Payment (Maintain) | $5.51 | /month (Months | 1 | to 5 ) |
| | Regular Payment (Maintain) | $38.77 | /month (Months | 6 | to 60 ) |

Other: _____

---

Debtor(s): Janet Caridad Andrade     Case number: 18-19578-RAM

☒ Real Property                          Check one below for Real Property:
  ☒ Principal Residence                  ☒ Escrow is included in the regular payments
  ☐ Other Real Property                  ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly
Address of Collateral:
14321 SW 129th Ct.
Miami, FL 33186
☐ Personal Property/Vehicle
Description of Collateral:

**B. VALUATION OF COLLATERAL:**  ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL
SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON
YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☒ NONE

**2. VEHICLES(S):** ☒ NONE

**3. PERSONAL PROPERTY:** ☐ NONE

| 1. Creditor: Bank of America | Value of Collateral: $66,600.00 | **Payment** |
|---|---|---|
| Address: 4909 Savarese Circle<br>Tampa, FL 33634 | Amount of Creditor's Lien: $87,555.00 | Total paid in plan: $81,916.00 |
| Last 4 Digits of Account No.: 9471 | Interest Rate: 7.50% | $1,638.32 /month (Months 11 to 60 ) |
| Description of Collateral:<br>2016 Range Rover Sport | | |
| Check one below:<br>☐ Claim incurred less than one year pre-petition<br>☒ Claim incurred 1 year or more pre-petition | | |

**C. LIEN AVOIDANCE**  ☐ NONE

☒ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that
they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR
7004 and LR 3015-3.

| 1. Creditor: Kenneth Southwell | Collateral: 14321 SW 129th Ct.<br>Miami, FL 33186 |
|---|---|
| Address: c/o William R. Wohlsifer, P.A.<br>1100 E. Park Ave., #B<br>Tallahassee, FL 32301 | Exemption: Homestead |
| Last 4 Digits of Account No.: CA01 | |

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a
distribution fom the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s)
request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in
personam as to any codebtor(s) as to these creditors.

☐ Other:

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. Chrysler Financial/TD Auto Finance | 6293 | 2016 Land Rover HSE |

Debtor(s): Janet Caridad Andrade          Case number: 18-19578-RAM

    **E.  DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

        ■ NONE

**IV.**    **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

    **A.  ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

    **B.  INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: | $24,932.69 | Total Payment | $24,932.69 |
|---|---|---|---|
| Payable: | $70.91 | /month (Months | 1 to 5 ) |
| Payable: | $441.68 | /month (Months | 6 to 6 ) |
| Payable: | $0.00 | /month (Months | 7 to 59 ) |
| Payable: | $24,136.46 | /month (Months | 60 to 60 ) |

    **C.  DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

    **D.  OTHER:** ■ NONE

**V.**    **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    **A.** Pay    $5.00    /month (Months 60 to 60 )

        Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C.** SEPARATELY CLASSIFIED:    ■ NONE

    *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.**    **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ■ NONE

**VII.**    **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

    ■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**VIII.**    **NON-STANDARD PLAN PROVISIONS** ☐ NONE

    ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

    Debtor's counsel reserves the right to modify the plan to provide for any pre-petition and post-petition work performed on the Debtor's behalf that exceeds the amount currently included in the plan.

    ☐ Mortgage Modification Mediation

Debtor(s): Janet Caridad Andrade          Case number: 18-19578-RAM

### PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor    _____ Date          _____ Joint Debtor    _____ Date

Janet Caridad Andrade

_____
Attorney with permission to sign on
Debtor(s)' behalf

8/14/19
Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**